FIENBERG FURNITURE CO., INC., Trading as STANDARD FURNITURE COMPANY, Respondent, v. MORRIS CHOROST et al., Copartners under the Name of MORRIS CHOROST & COMPANY, Appellants.—

All concur.